UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
------------------------------------------------------------

| | |
|---|---|
| INFINITY CAPITAL LLC, *et al.* : | |
| : | Case No. 1:18-cv-2422 |
| Plaintiffs, : | (1:18-cv-2423) |
| : | |
| vs. : | OPINION & ORDER |
| : | |
| FRANCIS DAVID CORPORATION, : | |
| : | |
| Defendant. : | |
| : | |

------------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 24, 2018, Plaintiffs filed a motion for a temporary restraining order and preliminary injunction.[1] Defendant's counsel has yet to enter an appearance in this case.

Meanwhile, Defendant filed a separate suit, also pending before the Court.[2] The Court believes these cases are substantially related and, thus, enters this order in both dockets.

Defendant shall file any response to Plaintiffs' motion on October 31, 2018, by 5:00 p.m. Plaintiffs shall file any reply by on November 5, 2018, by 5:00 p.m. After which, the Court will decide if a hearing is necessary. Further, the Court authorizes the parties to undergo discovery related to Plaintiffs' motion for preliminary injunction. And, finally, the Court sets both matters—1:18-cv-2422 and 1:18-cv-2423—for a joint case management conference on November 9, 2018 at 10:00 a.m., Chambers 18A.

IT IS SO ORDERED.

Dated: October 24, 2018           *s/      James S. Gwin*
                                  JAMES S. GWIN
                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. 4.
[2] *Francis David Corp. v. Infinity Capital LLC*, 1:18-cv-2423.